UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
MELVIN J. TAYLOR,                      )
                                       )
            Plaintiff,                 )
                                       )
       v.                              )  Civil Action No. 09-0749 (PLF)
                                       )
EDWARD F. REILLY, JR. *et al.*,        )
                                       )
            Defendants.                )
_____)


<u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendants' motion to dismiss [Dkt. No. 11] is GRANTED; and
it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable

Order. *See* Rule 4(a), Fed. R. App. P.

SO ORDERED.


                              /s/_____
                              PAUL L. FRIEDMAN
DATE: March 9, 2010           United States District Judge